AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:21-mj-02720-DUTY | 6/10/21 6:22 AM | Sasha Newborn |

Inventory made in the presence of: Sasha Newborn

Inventory of the property taken and name of any person(s) seized:

- multiple rosedler and methamphetamine pipes
- counterfeit currency

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/21/21

_____
Executing officer's signature

Bryan Traverso   Special Agent
Printed name and title